# Exhibit F

Case 2:26-cv-02619-JMA-SIL Document 1-7 Filed 05/01/26 Page 2 of 2 PageID #: 55



DAVID J SEIDEMANN & ASSOCIATES
Secretary of State, 306BCL

## SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NASSAU

### AFFIRMATION OF SERVICE

**\*2542089\***

Index no : **606483/2026**
Date of Purchase: **03/26/2026**

| Plaintiff: | **JANE DOE, A MINOR, THROUGH HER MOTHER AND GUARDIAN, MARY DOE, AND MARY DOE INDIVIDUALLY** |
|---|---|
| Defendant: | **UBER TECHNOLOGIES INC ETANO ETC** |

STATE OF NEW YORK COUNTY OF RENSSELAER          ss.:

**STEVEN AVERY**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/06/2026** at **9:00 AM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the within **SUMMONS AND VERIFIED COMPLAINT; AFFIDAVIT OF MARY DOE (NAME REDACTED); AFFIRMATION IN SUPPORT;EX-PARTE ORDER TO SHOW CAUSE; NOTICE OF ELECTRONIC FILING** upon **UBER TECHNOLOGIES INC** the **Defendant** in this action in the manner indicated below:

By delivering to and leaving with **TAHIM HAFIZ, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Divison of the State of New York.

Deponent further describes the person actually served as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **BLACK/AFRICAN AMERICAN** | **BALD** | **60** | **5'6"** | **150** |
| Other Features: | | | | | |

 I affirm this 9th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
STEVEN AVERY
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy

