

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
perkinscoie.com

June 1, 2026

Rachel S. Mechanic
RMechanic@perkinscoie.com
D.  +1.212.261.6811
F.  +1.212.399.8081

Hon. Steven I. Locke
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

**Re:**   ***Jane Doe, a minor, through her mother and guardian, Mary Doe; and Mary Doe
individually v. Uber Technologies, Inc. and John Koe***
**Case No. CV 26-2619 (SIL)**

Dear Judge Locke:

We represent Defendant Uber Technologies, Inc. ("Uber") in the above-captioned matter. Pursuant
to Paragraph 4 of Administrative Order No. 2025-14, we respectfully submit this letter (i) to
express Uber's intent to file a motion to dismiss Plaintiffs' Complaint (ECF No. 1-2) under Federal
Rule of Civil Procedure 12(b)(6), and (ii) to request that the Clerk assign a District Judge to preside
over this matter, as the parties do not unanimously consent to Your Honor's jurisdiction over all
proceedings in this matter.

We greatly appreciate Your Honor's attention to this matter.

Respectfully submitted,

Rachel S. Mechanic

Cc: All parties via ECF