UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JANE DOE, a minor, through her mother and guardian, MARY DOE; and MARY DOE individually,<br><br>                    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and JOHN KOE,<br><br>                    Defendants. | Case No. 2:26-cv-2619-JMA-SIL |

## JOINT DISCOVERY PLAN AND  SCHEDULING ORDER

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's May 11, 2026 Initial Conference Order, the parties in the above-captioned action jointly submit this discovery plan and proposed scheduling order.

I.    **Deadlines and Court Appearances**[1]

- Exchange of 26(a)(1) disclosures: **June 5, 2026**

- Initial Conference: **June 8, 2026**

- Service of first interrogatories and document demands: **July 8, 2026**

- Responses to first interrogatories and document demands: **August 7, 2026**

- Motions to join new parties or amend the pleadings: *9/8/2026*

- Status conference in Courtroom 820:  *9/9/26 at 11:00 am*

- Commencement of depositions: **The parties agree that fact depositions will not begin until after the Court issues its decision on Uber's Motion to Dismiss the Verified Complaint. If, however, the Court has not ruled on the Motion by December 11, 2026, fact depositions may commence at that time.**

---

[1] In joining in the proposed discovery schedule, Uber does not waive, and expressly reserves, its right to file a motion to stay discovery pending its forthcoming Motion to Dismiss.

- Completion of all fact discovery: **March 8, 2027**

- Identification of case-in-chief experts and service of Rule 26 disclosures: **April 7, 2027**

- Identification of rebuttal experts and service of Rule 26 disclosures: **May 7, 2027**

- Completion of expert discovery: **June 8, 2027**

- Commencement of summary judgment motion practice: **July 12, 2027**

- Pretrial conference in Courtroom 820: _____

## II.   Discovery Plan and Agreements Reached Regarding Discovery

- Scope of discovery and changes to any limitations on discovery

  - No changes should be made to the timing, form, or requirement for disclosures under Federal Rule of Civil Procedure 26(a), except as set forth herein.

  - The electronic service of documents, including discovery requests and responses, shall be sufficient and deemed effective at the time of service.

  - Each party shall be permitted to serve on all other parties to this proceeding 35 interrogatories.

- Agreements regarding electronic discovery:

  - The parties have taken steps to preserve relevant and responsive electronically stored information ("ESI").

  - The parties will agree to an ESI protocol prior to the first production of discovery materials.

- Agreements concerning privilege and trial preparation materials:

  - The parties will work together to address any issues about claims of privilege or work product should issues arise.

  - The parties will submit a protective order and confidentiality stipulation for the Court's review.

Any of the above limitations may be amended by agreement of the parties or by order of the Court for good cause shown.

CONSENTED BY:

| Attorneys for Plaintiffs | Attorneys for Defendant Uber Technologies, Inc. |
|---|---|
| Paul M. Sod<br>337R Central Avenue,<br>Lawrence, NY 11559<br>paulmsod@gmail.com<br>516.259.0707<br><br>David J. Seidemann<br>DJ Seidemann & Associates<br>22 Beechwood Drive,<br>Lawrence, NY 11559<br>ds@seidemannlaw.com<br>718.300.3382 | Rachel S. Mechanic<br>Emily Drinkwater<br>Perkins Coie LLP<br>1155 Avenue of the Americas, 22nd Fl.<br>New York, NY 10036<br>RMechanic@perkinscoie.com<br>Edrinkwater@perkinscoie.com<br>212.261.6811<br>332.223.3955<br><br>Katherine May (*pro hac vice* forthcoming)<br>Perkins Coie LLP<br>2525 East Camelback Road, Suite 500<br>Phoenix, Arizona 85016<br>kmay@perkinscoie.com<br>602.351.8035 |

**SO ORDERED:**

Dated:  6/8/2026

/s/ STEVEN I. LOCKE

**STEVEN I. LOCKE**
United States Magistrate Judge