LAW OFFICES OF

# PAUL M. SOD

337R Central Avenue, Lawrence, New York 11559
Phone: (516) 295-0707 · Fax: (516) 295-0722
paulmsod@gmail.com · paulsodlaw.com

September 8, 2026

VIA ECF
Magistrate Judge Steven I. Locke
100 Federal Plaza Courtroom 820
Central Islip, NY 11722

**Re: *Jane Doe, et al. v. Uber Technologies, Inc., et al.***
**Case No. 2:26-cv-02619-JMA-SIL**

Dear Honorable Sir:

I represent the Plaintiffs in this matter and write together with Defendant Uber Technologies, Inc. to request a 30-day adjournment of the status conference scheduled herein for September 9, 2026 at 11:00 AM in front of Your Honor. Parallel with this request, the parties request an extension of time to add new parties to this litigation, which according to the Court's original scheduling order, is set to expire by September 10, 2026.

The reasons for these requests are intertwined.

First, document discovery in this matter has commenced in good faith. Both parties served responses and objections to the first set of discovery demands on August 27, 2026. Not surprisingly, both sides had issues with the other's production. Without burdening the Court with details in this letter, the parties had a productive meet and confer conference call to discuss these issues this past Friday commencing at 2:30 PM. We have not yet resolved the discovery issues, but we are not at impasse and both sides are working together diligently and in good faith. In light of this, both parties respectfully request a 30-day adjournment of tomorrow's conference. We feel that the Court's time likely could be spent more productively than by meeting with parties who are working together to resolve outstanding issues.

The second request made in this letter is to extend the deadline to add new parties to this litigation, which as stated is September 10, 2026. Defendant Uber Technologies, Inc. in their August 27th production identified the driver of the subject ride, the defendant who has been pseudonymously named in this lawsuit as "John Koe." To substitute the driver for his pseudonym, to substitute the name for the perpetrator in place of the pseudonym used for him, i.e., "Richard Roe", and to insert some additional substantive allegations to flesh out the causes

of action already sued on herein, Plaintiff prepared an amended complaint which was provided to counsel for Uber Technologies, Inc., on September 3, 2026. Uber is considering Plaintiff's request to consent to the filing of the amended pleading. The Court should be aware that the driver's last known address was in Brooklyn, New York and thus upon substituting this defendant and serving him, diversity of citizenship will be vitiated, and Plaintiff will seek a remand of this matter to Nassau County Supreme Court, where it was originally filed.

Thus, the parties request an adjournment of tomorrow's conference for this second reason, to allow Defendant Uber Technologies, Inc. time to analyze and determine whether to consent to Plaintiff's request to amend the complaint without requiring leave of court, adding the driver as a defendant, or if not, to allow time for Plaintiff to make a motion to amend the complaint. Uber joins in the request for the extension of the September 10 deadline to allow it additional time and the benefit of discovery to determine whether to implead any additional defendants.

In light of all of the moving pieces in this case, which is in its infancy, Plaintiff respectfully requests an adjournment of at least 30 days. Defendant Uber Technologies, Inc. joins in this request for an adjournment and extension of the September 10 deadline to add new parties.

The Court's time and attention are greatly appreciated.

Very truly yours,

*s/ Paul M. Sod*

PAUL M. SOD

PMS:nb

Cc: All counsel, by ECF